UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



FILED
DEC 04 2013

*******************************************************************************

UNITED STATES OF AMERICA,

    Plaintiff

v.

TODD R. MONROE, DFM,
and MONROE HEALTH CARE
INNOVATIONS, INC.,

    Defendants.

CIV. 11-1009

JUDGMENT NUNC PRO TUNC

*******************************************************************************

Pursuant to the Court's Order (ECF 11) granting the government's summary judgment motion and finding that a money judgment should be entered in favor of the United States and against the Defendants,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered nunc pro tunc to April 16, 2012, in favor of the United States and against Todd R. Monroe, DFM, and Monroe Health Care Innovations, Inc., jointly and severally, in the amount of two hundred forty-one thousand, nine hundred sixteen dollars and sixty-eight cents ($241,916.68); it is further

ORDERED, ADJUDGED AND DECREED that interest will accrue on the judgment amount from April 16, 2012, at the legal rate pursuant to 28 U.S.C. § 1961(a).

Dated this the 4th day of December, 2013.

BY THE COURT:

_____
CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE

ATTEST:
JOSEPH A. HAAS, CLERK

BY: _____
         Deputy

(SEAL OF THE COURT)